# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JERRY PINNELL,** *et al.* | : CIVIL ACTION |
| v. | : NO. 19-5738 |
| **TEVA PHARMACEUTICALS USA, INC.,** *et al.* | : |

## ORDER

**AND NOW,** this 31st day of March 2020, upon considering the Defendants' Motion to dismiss (ECF Doc. No. 19), Plaintiffs' Opposition (ECF Doc. No. 21), Defendants' Reply (ECF Doc. No. 24), and for reasons in the accompanying Memorandum, it is **ORDERED** Defendants' Motion to dismiss (ECF Doc. No. 19) is **DENIED** and they shall answer Plaintiffs' amended Complaint (ECF Doc. No. 10) on or before **April 14, 2020**.

_____
**KEARNEY, J.**