IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JERRY PINNELL,** *et al.* | : | **CIVIL ACTION** |
| | : | |
| v. | : | **NO. 19-5738** |
| | : | |
| **TEVA PHARMACEUTICALS USA, INC.,** *et al.* | : | |
| | : | |

# ORDER

**AND NOW**, this 30th day of November 2020, following today's noticed hearing on the Plaintiffs' unopposed Motion for preliminary approval of a Class Action Settlement, Preliminary Certification of Settlement Class, Approval of Class Notice, and scheduling of a Fairness Hearing (ECF Doc. No. 68), upon our raising concerns which counsel believes they can address in a subsequent motion regarding distributional fairness[1] under the current Plan of Allocation, concerns with notices of objections, notices sent by electronic mail to known e-mail addresses, and clarifying the process through which notices sent by mail will be resent upon return, it is **ORDERED** the Plaintiffs' unopposed Motion (ECF Doc. No. 68) is **DENIED** as stated without prejudice to promptly filing a renewed Motion and accompanying Memorandum with a revised Settlement Agreement and/or Plan of Allocation as warranted to specifically address our concerns.

                                                                                                                                                  **KEARNEY, J.**

---

[1] *See e.g., Date v. Sony Electronics Inc. et al.*, No. 07-15474, 2009 WL 435289, at *12 (E.D.Mich. Feb. 20, 2009); *Parker v. Time Warner Entertainment Company, L.P.*, No. 98-4265, 2007 WL 9706336, at * 19-20, (E.D.N.Y. Jan. 26, 2007)(citing *Petruzzi's Inc. v. Darling-Delaware Co., Inc.*, 880 F.Supp. 292, 299 (M.D.Pa. 1995)).