UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JERRY PINNELL, JEREMY FERNANDEZ AND SHANE PERRILLOUX, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TEVA PHARMACEUTICALS USA, INC., BOARD OF DIRECTORS OF TEVA PHARMACEUTICALS USA, INC., TEVA PHARMACEUTICALS USA, INC. INVESTMENT COMMITTEE, and JOHN AND JANE DOES 1-30.<br><br>Defendants. | CIVIL ACTION NO.:<br>2:19-CV-05738-MAK |

### PLAINTIFFS' MOTION FOR AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES AND A LEAD PLAINTIFF <u>CASE CONTRIBUTION AWARD</u>

Named Plaintiffs Jerry Pinnell, Jeremy Fernandez, and Shane Perrilloux (collectively, "Plaintiffs"), participants in the Teva Pharmaceuticals Retirement Savings Plan (the "Plan") hereby respectfully move this Court, pursuant to FED. R. CIV. P. 23, for an Order:

1.  Granting class counsel attorneys' fees in the amount of $849,915.00 which represents 33 1/3% of the settlement amount;

2.  Directing reimbursement to Class Counsel in the amount of $13,745.77 of expenses incurred in the prosecution of the action;

3.  Awarding case contribution award of $15,000.00 to each of the three Named Plaintiffs (Jerry Pinnell, Jeremy Fernandez, and Shane Perrilloux); and

4.  For such other relief as the Court may deem just and proper.

A proposed form of Order is submitted hereto.

1

The grounds for this Motion are set forth in the following documents filed contemporaneously herewith:

A. Memorandum of Law in Support of Plaintiffs' Motion For Award of Attorneys' Fees and Expenses, and Case Contribution Awards;

B. Declaration of Mark K. Gyandoh in Support of Plaintiffs' Motion for Final Approval of Settlement and In Support of Motion for An Award of Attorneys' Fees, Reimbursement of Expenses and Case Contribution Awards for the Class Representatives;

C. Declaration of Named Plaintiff Jerry Pinnell In Support of Motion for Award of Attorneys' Fees, Reimbursement of Expenses, and Case Contribution Awards to the Named Plaintiffs; and

D. Declaration of Named Plaintiff Jeremy Fernandez In Support of Motion for Award of Attorneys' Fees, Reimbursement of Expenses, and Case Contribution Awards to the Named Plaintiffs.

E. Declaration of Named Plaintiff Shane Perrilloux In Support of Motion for Award of Attorneys' Fees, Reimbursement of Expenses, and Case Contribution Awards to the Named Plaintiffs.

DATED: March 15, 2021

Respectfully submitted,

*/s/ Mark K. Gyandoh*
Mark K. Gyandoh, Esquire
Donald R. Reavey, Esquire
Gabrielle Kelerchian, Esquire
**CAPOZZI ADLER, P.C.**
312 Old Lancaster Road
Merion Station, PA 19066
Telephone: (717) 233-4101
Facsimile: (717) 233-4103

*Class Counsel*