**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| JERRY PINNELL, JEREMY FERNANDEZ AND SHANE PERRILLOUX, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TEVA PHARMACEUTICALS USA, INC., BOARD OF DIRECTORS OF TEVA PHARMACEUTICALS USA, INC., TEVA PHARMACEUTICALS USA, INC. INVESTMENT COMMITTEE, and JOHN AND JANE DOES 1-30.<br><br>Defendants. | **CIVIL ACTION NO.:**<br>**2:19-CV-05738-MAK** |

**[PROPOSED] ORDER AWARDING PLAINTIFFS' COUNSEL ATTORNEYS' FEES**
**AND REIMBURSEMENT OF EXPENSES AND**
**PLAINTIFFS' CASE CONTRIBUTION AWARDS**

This matter having come before the Court on _____, on the application of Class Counsel for an award of attorneys' fees and reimbursement of expenses incurred in the Action and for Case Contribution Awards for the Named Plaintiffs, having considered all papers filed and proceedings conducted herein, having found the settlement for this Action to be fair, reasonable and adequate and otherwise being fully informed in the premises and good cause appearing therefore:

**IT IS HEREBY ORDERED AND ADJUDGED:**

1.    All of the capitalized terms used herein shall have the same meanings as set forth in the Settlement Agreement and Release ("Settlement Agreement") dated November 18, 2020 and filed with the Court.

2.    This Court has jurisdiction over the subject matter of this application and all matters relating thereto, including all members of the Settlement Class.

3.      Plaintiffs' Class Counsel are hereby awarded attorneys' fees of $_____

and reimbursement of expenses in the sum of $_____ and reimbursement of expenses in the

sum of $_____ (the "Attorneys' Fees and Expenses"), to be paid from the Settlement Fund.  The

Court finds that the amount of fees awarded is appropriate and that the amount of fees awarded

are fair and reasonable given the substantial risks of non-recovery, the time and effort involved,

and the result obtained for the Settlement Class.

4.      Each of the three Named Plaintiffs is awarded $_____ as a Case

Contribution Award, as defined in the Settlement Agreement, in recognition of their contributions

to this Action.


SO ORDERED this _____ day of _____, 2021.


_____
HON. MARK A. KEARNEY
UNITED STATES DISTRICT JUDGE