**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JERRY PINNELL,** *et al.* | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO.  19-5738** |
| | : | |
| **TEVA PHARMACEUTICALS USA,** | : | |
| **INC.,** *et al.* | : | |

# ORDER

**AND NOW**, this 28th day of April 2021, upon considering the parties' joint Motion to administer the May 3, 2021 Final Approval Hearing over a video sharing service (ECF Doc. No. 78) consistent with our December 7, 2020 Order (ECF Doc. No. 72), with no timely filed objections or notice of intent to appear, and for good cause mindful of ongoing COVID-19 mitigation in our Courthouse, it is **ORDERED**:

1.      The joint Motion (ECF Doc. No. 78) is **GRANTED** and Plaintiffs' counsel shall arrange a video sharing service to allow up to seventy-five persons to attend;

2.      Plaintiffs' counsel shall file a notice on the docket and on the settlement website identifying all logistics and contact information necessary to allow up to seventy-five persons to attend the hearing over virtual sharing platform no later than **NOON** on **April 29, 2021**;

3.      Plaintiffs' counsel shall also file supplemental Memoranda in support of final approval not exceeding ten pages on or before **NOON** on **April 30, 2021** addressing:

a.      The grounds for a specific award of a $15,000 enhancement to each of the three named Plaintiffs;

b.      The specific amount paid to the Settlement Administrator and a full accounting of the costs consistent with Section 6.1 of the Settlement Agreement;

c.      Attaching the Class Counsel contingency fee agreement; and,

       d.      Clarifying Class Counsel's notice through regular mail and email including whether all identified Class Members received notice both by regular mail and email.

 

_____
**KEARNEY, J.**