# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JERRY PINNELL,** *et al.* | : CIVIL ACTION |
| | : |
| v. | : NO. 19-5738 |
| | : |
| **TEVA PHARMACEUTICALS USA,** | : |
| **INC.,** *et al.* | : |

## ORDER

**AND NOW**, this 30th day of April 2021, upon considering Class Plaintiffs' Motion to seal the contingency fee agreement (ECF Doc. No. 83) necessary to be filed responsive to our April 28, 2021 Order (ECF Doc. No. 81), following *in camera* review of three contingency fee agreements with Capozzi Adler evidencing no attorney-client communications or other privileged material, and mindful counsel is not a fiduciary to the Plaintiffs in this aspect of the Motion and Plaintiffs representing persons should not expect their email address will be held confidential from the persons they represent when there is no evidence of specific efforts to protect the Plaintiffs' email addresses, it is **ORDERED** Class Plaintiffs' counsel's Motion to seal the contingency fee agreements (ECF Doc. No. 83) is **DENIED** and Plaintiffs shall, no later than **4:00 P.M.** today, file the three unredacted contingency fee agreements under a Notice in this Court and on the settlement website.

**KEARNEY, J.**