IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JERRY PINNELL,** *et al.* | : | **CIVIL ACTION** |
| | : | |
| v. | : | **NO. 19-5738** |
| | : | |
| **TEVA PHARMACEUTICALS USA, INC.,** *et al.* | : | |

# ORDER

**AND NOW**, this 3rd day of May 2021, upon considering Plaintiffs' Motion for an award of attorneys' fees and case contribution awards (ECF Doc. No. 76), and following today's hearing where we described our concerns in evaluating the reasonableness of the requested attorneys' fee absent review of the unredacted invoices and a fulsome explanation for the role of out-of-District counsel who may receive an undisclosed portion of the fee award without entering an appearance or disclosure of legal efforts, it is **ORDERED** Plaintiffs' Motion for an award of fees and case contribution award (ECF Doc. No. 76) is **DENIED** without prejudice to promptly move again (mindful the Settlement Class will not be paid until after a final Order on reasonable fees and costs) with fulsome evidentiary support for its lodestar comparison supporting a 33.33% fee including the unredacted invoices and comparator hourly rate affidavits consistent with the Declaration (ECF Doc. No. 77) and candid disclosure of the role, efforts, and fees owed to S&G, Esq. Legal Marketing, LLC as first publicly disclosed last week (ECF Doc. No. 86) including an affidavit of fees possibly owed to this entity not admitted to practice in this case.

**KEARNEY, J.**