# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JERRY PINNELL, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>TEVA PHARMACEUTICALS USA, INC., *et al.*<br><br>Defendants. | CIVIL ACTION NO.:<br>2:19-CV-05738-MAK |

## DECLARATION OF CHRISTOPHER BATTISTA

I, CHRISTOPHER BATTISTA, declare and state as follows:

1. I am managing partner of the Law Firm of S&G, and a member in good standing of the bars of the Commonwealth of Pennsylvania, New York, Virginia, Maryland and the District of Columbia, and have personal knowledge of the facts set forth below and, if called as a witness, I could and would testify competently thereto.

2. As part of its practice, S&G consults with other firms, including law firms, on legal marketing and advertising. In addition to its attorneys, the firm utilizes financial forensic experts.

3. My firm was engaged by Capozzi Adler, P.C., ("Capozzi Adler") for the purposes of assisting with client identification and retention in the above-captioned action ("Teva Matter"), financial analysis and evaluation of the Teva retirement plan, including costs/fee analysis, benchmark evaluations, and damage calculations. Additionally, my firm consulted on marketing and advertising regarding Capozzi Adler's ERISA practice generally, and with regard to the Teva Matter, specifically.

1

4. To date, my firm has not charged Capozzi Adler any fees for its services. Because my firm did not perform any legal services for Capozzi Adler, nor are we counsel of record in the Teva Matter, we are not seeking any fees whatsoever for any of the services performed in this matter, including the services described in paragraph 3 above.

I declare, pursuant to 28 U.S.C. §1746 and under penalty of perjury, the foregoing is true and correct to the best of my knowledge, information and belief.

Executed this 13th day of May 2021, in Fairfax, Virginia.

Christopher Battista