**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JERRY PINNELL, JEREMY FERNANDEZ AND SHANE PERRILLOUX, individually and on behalf of all others similarly situated, )<br><br>Plaintiffs, )<br><br>v. )<br><br>TEVA PHARMACEUTICALS USA, INC., BOARD OF DIRECTORS OF TEVA PHARMACEUTICALS USA, INC., TEVA PHARMACEUTICALS USA, INC. INVESTMENT COMMITTEE, and JOHN AND JANE DOES 1-30.<br>Defendants. ) | **CIVIL ACTION NO**.:<br>**2:19-CV-05738-MAK** |

**NOTICE OF COMPLETION OF SETTLEMENT DISTRIBUTION**

I, Mark K. Gyandoh, as Class Counsel, hereby provide notice of settlement distribution per the Court's Order and Judgment of May 3, 2021 (ECF No. 88) and state as follows:

1.     On May 3, 2021, the Court gave final approval of the settlement in the above-captioned action and entered an Order and Judgment.

2.     Paragraph 17 of the Order and Judgment states "Class Counsel shall file a Notice attaching an affidavit from the Settlement Administrator describing the number and dollar amounts (without disclosing the recipient other than her initials) of all checks not negotiated by a Settlement Class Member within twenty-one days of the one-hundred and eighty-days provided to Settlement Class Members to tender their checks."

3.     By September 19, 2022, all issued checks had exceeded the one-hundred and eighty days provided to tender checks.  Accordingly, Class Counsel authorized that residual settlement funds be wired to the Plan pursuant to the approved Plan of Allocation.

4.      Attached hereto as Exhibit 1 is an affidavit from the Settlement Administrator, JND Legal Administration LLC, which describes the number and dollar amounts of all checks not negotiated by Settlement Class Members.


Date: October 10, 2022                    Respectfully Submitted,

                                          **CAPOZZI ADLER, P.C.**


                                          */s/ Mark K. Gyandoh*
                                          Mark K. Gyandoh
                                          312 Old Lancaster Road
                                          Merion Station, PA 19066
                                          Tel: (610) 890-0200
                                          markg@capozziadler.com

                                          *Class Counsel*